UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff,

v                                      Case No. 01-20034
                                      Honorable Thomas L. Ludington

DEREK DUANE RILEY,

                 Defendant.

_____/

**ORDER ACCEPTING STIPULATION AND GRANTING MOTION FOR REDUCTION IN SENTENCE**

On October 12, 2001, an indictment was returned against Defendant Derek Duane Riley followed by a superseding indictment on October 24, 2001 ("2001 Case"). ECF Nos. 3, 12. The superseding indictment charged Riley with two counts of distribution of cocaine base, one count of distribution of cocaine, one count of distribution of marijuana, one count of possession of a firearm by a felon, one count of possession of a firearm in furtherance of a drug trafficking crime, and possession of a firearm with its serial number removed.

On January 11, 2002, the parties entered into a Rule 11 Plea Agreement which provided that Riley would plead guilty to Count 1 of the superseding indictment. ECF No. 16. On May 2, 2002, Riley was sentenced to 121 months of incarceration and 8 years of supervised release. ECF No. 21. On April 30, 2009, Riley's sentence was reduced to 120 months of incarceration and 8 years of supervised release pursuant to 18 U.S.C. §3582(c)(2).

**I.**

On October 12, 2016, an indictment was returned against Riley in a new case (the "2016 Case"). Case No. 16-cr-20677. It charged Riley with one count of conspiracy to possess and distribute cocaine and heroin and one count of possession with intent to distribute cocaine base,

cocaine, and heroin. Riley ultimately pleaded guilty to the first count of the indictment and was sentenced to 160 months in custody. Case No. 16-cr-20677, ECF Nos. 105, 169.

On September 9, 2016, a supervised release violation petition was filed in the 2001 Case. ECF No. 45. It alleged that Riley violated his supervised release by committing the underlying offense from the 2016 Case. ECF No. 45. A consolidated plea acceptance and sentencing hearing was conducted. ECF No. 50. Riley pleaded guilty to violating his term of supervised release and was sentenced to 30 months of incarceration, to be served consecutive to the 160-month sentence of the 2016 Case. ECF No. 54.

## II.

On January 17, 2019, Riley sent the Public Defenders Office a letter seeking assistance "in obtaining an assessment of whether or not the First Step Act of 2018, Section 404 applies to my case, e.g. 1:01-cr-20034-DML-1; and 16-CR-20677." A copy of the correspondence was docketed on January 22, 2019 as a motion for First Step Act Relief. ECF No. 69. A federal community defender was appointed to represent Riley. ECF No. 72. On October 16, 2019, attorney Andrew N. Wise filed an appearance on behalf of Riley. ECF No. 73.

The Court determined that Riley was not eligible for relief under the First Step Act in the 2016 Case and denied his motion. The parties subsequently submitted a stipulation providing that Defendant was eligible for relief under the First Step Act in this case (the 2001 Case) and that his sentence should be reduced to one day. ECF No. 76. The Court has reviewed and will accept the parties' stipulation and determines it is appropriate to reduce Defendant's sentence.

## III.

Accordingly, it is **ORDERED** that the parties' stipulation to reduce Defendant's sentence, ECF No. 76, is **ACCEPTED**.

It is further **ORDERED** that Defendant's motion for First Step Act Relief, ECF No. 69, is

**GRANTED**.

It is further **ORDERED** that Defendant's sentence is reduced from 30 months to one day.


Dated: June 24, 2020                    s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge


<div style="border:1px solid black; padding:10px;">

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and to **Derek Duane Riley** #26031-039, MILAN FEDERAL CORRECTIONAL INSTITUTION, Inmate Mail/Parcels, P.O. BOX 1000, MILAN, MI 48160 or first class U.S. mail on June 24, 2020.

                              s/Kelly Winslow
                              KELLY WINSLOW, Case Manager

</div>